Argued and submitted April 27, reversed and remanded for reconsideration
November 29, 1995, petition for review denied January 23, 1996 (322 Or 489)

WILLIAM FRANKLIN HALL,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A84472)

906 P2d 309

Eric M. Cumfer argued the cause for petitioner. On the brief were Sally L. Avera, Public Defender, and Andy Simrin, Deputy Public Defender.

Robert K. Lau, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks judicial review of an order of the Board of Parole and Post-Prison Supervision (Board), arguing that the Board erred in imposing a parole supervision term of 163 months based on ORS 144.085(1)(c). Petitioner argues that the statute is not applicable because his crimes were committed in May 1987, and the statute applies only to crimes committed after September 29, 1991. We agree. *Fernandez v. Board of Parole*, 137 Or App 247, 904 P2d 1071 (1995).

Petitioner also argues that the Board's retroactive application of the sexual offender notification statute to him was a violation of the state and federal *ex post facto* clauses. We disagree. *Williford v. Board of Parole*, 137 Or App 254, 904 P2d 1074 (1995). Petitioner's remaining assignments of error do not require discussion.

Reversed and remanded for reconsideration.